| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Ann Nee<br>Special Agent: Eli Bowers | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.

Logan Duvall Craib

Case No. 24-30212

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 21, 2024 and June 2, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(2)(a) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Eli Bowers, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: June 3, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2015 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement

1

officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Logan Duvall Craib for violations of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Craib has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

## FACTS ESTABLISHING PROBABLE CAUSE

6. In May 2024, FBI agents received information from a subject in Alaska ("Alaska Subject") who had been arrested for charges relating to child pornography and other offenses. The Alaska Subject told FBI that he had communicated with an individual from Michigan who claimed to be sexually active with a 14-year-old minor. The Alaska Subject and the subject from Michigan, later identified as Logan Duvall Craib (date of birth XX/XX/1988), communicated on an encrypted chat application called Session. Session allows users to communicate via text message and exchange images and videos. The application uses end-to-end encryption, meaning only the participants of the chats can view the content of the chats, and the data stored in the cloud cannot be viewed without using a participant's device.

7. According to the Alaska Subject, during the Session chats between Craib and the Alaska Subject, they discussed their shared sexual interest in children, and exchanged child sexual abuse material (CSAM), which meets the federal definition of child pornography. Craib sent the Alaska Subject CSAM videos that depicted a female between the ages of 12 and 15 years old, engaged in sexual acts with an adult male. Craib claimed he was the adult male depicted in the CSAM, and that the female was 14 years old. Craib also sent the Alaska Subject non-CSAM photographs depicting the girl whom Craib claimed was the subject in the CSAM video.

3

8. The Alaska Subject told Alaska FBI agents that he had saved the CSAM video and non-CSAM images on an electronic storage drive, which FBI agents retrieved and reviewed. FBI agents located more than twenty CSAM videos on the drive, including:

    A. A video of a female, approximately 14 years old, with her breasts and vagina exposed. The girl is engaged in sex with a male with a penis penetrating the female, vaginally. The male's face was not observed in the video, which is approximately 10 seconds long.

    B. A video which depicts a dressed female, approximately between the age of 8 to 12, performing oral sex on an adult male.

9. Alaska FBI agents also located non-CSAM family-style photographs of a minor female who was approximately 14 years old. This minor female was subsequently identified as Minor-1.

10. Also, according to the Alaska Subject, during the chats, Craib provided a phone number, XXX-XXX-2601, which Craib claimed belonged to Minor-1. Investigators determined the phone number ending in 2601 was established by username L.craib8806 and was active since May 21, 2024. The username appeared to be made up of a reference to Craib's first initial and last name, combined with the

year and month of his date of birth. Some of the IP addresses utilized by the phone number also resolved to Craib's home address.

11.     On June 2, 2024, FBI agents in Detroit executed federal search warrants for Craib and his residence in Southgate, Michigan. Multiple electronic devices were seized and are pending further forensic analysis.

12.     Craib was interviewed by agents during the search of the residence. He told agents he utilized an Android cellular phone which was next to his bed and described it to investigators. Craib explained that he had child pornography on his device which was primarily downloaded from the file sharing application, MEGA. He claimed it was downloaded accidentally and he had been attempting to delete it.

13.     Craib admitted to using Session, and that he may have sent child pornography to other users on that application. Craib denied having sexual contact with Minor-1 or sending any child pornography depicting Minor-1.

14.     During a preliminary examination of the cellular device previously described by Craib, which was found in his bedroom, agents observed child pornography images and videos in the photo gallery which meet the federal definition of child pornography as defined in 18 U.S.C. § 2256. The following are some examples of the content contained in the photo gallery of the device:

   A.   A video of an adult man engaging in vaginal sex with a female child, approximately 10 to 12 years old on a bed. The child's

5

    hands are bound behind her back, and she has a gag in her mouth.

  B. A video of two nude female children, under the age of 8, performing oral sex on an adult man.

  C. An image of a topless female child, under the age of 8, with what appears to be semen on her face and an adult erect penis in the foreground of the picture.

15. Law enforcement also observed numerous instances of the distribution of child pornography on Craib's phone. The following are some examples of these instances:

  A. On May 21, 2024, Craib used Session to distribute the two child pornography videos described above in paragraph 8.

  B. On March 3, 2024, Craib used a different encrypted chat application to distribute an image of a female child, approximately 14 years old, performing oral sex on a male of unknown age.

## CONCLUSION

16. Based on the foregoing, there is probable cause to believe that Logan Duvall Craib committed violations of 18 U.S.C. § 2252A(a)(2) (distribution of

child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

*[signature]*

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*[signature]*

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: June 3, 2024